| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pannell, Charles A. | 2. Court or Organization<br><br>District Court-N.D.of Georgia | 3. Date of Report<br><br>05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>2367 U. S. Courthouse<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303-3309 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor | Estate No. 1 |
| 2. Operator | Farm #1 |
| 3. Power of Attorney | Trust No. 1 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of Georgia, Judicial Retirement, no control |
| 2. 1999 | Association of County Commissioners of Georgia, Pension Trust, no control |
| 3. | |

Pannell_Charles_A

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Association of County Commissioners of Georgia Pension Trust | $1,347.72 |
| 2. 2008 | Georgia Judicial Retirement System | $88,731.78 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Teachers Retirement System of Georgia |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Inst. of Continuing Legal Ed.in Ga., Intellectual Property Law Inst. State Bar of Ga. | 11/12/08 - 11/16/08 | Cabo San Lucas, Mexico | IP CLE speaker | transportation, food, and hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. John Deere Credit | Installment Contract, Purchase of tractor, mower, loader | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Timberland, McDuffie County, Georgia, 1/3 Interest | | None | N | W | | | | | |
| 2. Rental Property #1, Murray County, Georgia | C | Rent | K | W | | | | | |
| 3. Estate #1 | | | | | | | | | |
| 4. -Farm #1 Murray County, Georgia | C | Rent | O | W | | | | | |
| 5. - First National Bank (Savings Accounts and CDs) | D | Interest | M | T | | | | | |
| 6. - Cohutta Bank Account | A | Interest | J | T | | | | | |
| 7. IRA #1 | | | | | | | | | |
| 8. - STI (formerly GBTB) | A | Dividend | J | T | Sold (part) | 5/15 | J | A | See Note |
| 9. - Sovereign Bank Insured Cash Account | A | Interest | J | T | | | | | See Note |
| 10. -Discover Bank Insured Cash Account | A | Interest | J | T | | | | | See Note |
| 11. - American Funds Growth Fund of America | A | Dividend | J | T | | | | | |
| 12. IRA #2 | | | | | | | | | |
| 13. - STI (formerly GBTB) | A | Dividend | J | T | Sold (part) | 5/15 | J | A | See Note |
| 14. - Sovereign Bank Insured Cash Account | A | Interest | J | T | | | | | See Note |
| 15. Brokerage Account #1 | | | | | | | | | |
| 16. - Synovus, Common Stock (SNV) | B | Dividend | K | T | Buy Quarterl | | J | | |
| 17. -TSYS | A | Dividend | K | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)              U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - STI - Money Market (SEIXX) | A | Dividend | J | T | | | | | |
| 19.   Brokerage Account #2 | | | | | | | | | |
| 20.   - American Funds - Investment Company of America | A | Dividend | K | T | | | | | |
| 21.   - American Funds - Growth Fund of America | A | Dividend | K | T | | | | | |
| 22.   - American Funds - Small Cap World Fund | | None | J | T | | | | | |
| 23.   - American Funds - New World Fund | A | Dividend | J | T | | | | | |
| 24.   - American Funds - EUPAC | A | Dividend | J | T | | | | | |
| 25.   -American Funds Bond Fund of America | C | Dividend | K | T | | | | | |
| 26.   Brokerage Account #3 | | | | | | | | | |
| 27.   -FDRXX | B | Dividend | K | T | Sold (part) | 1/18 | K | | |
| 28. | | | | | Buy | 3/18 | J | | |
| 29. | | | | | Buy | 5/12 | J | | |
| 30. | | | | | Buy | 7/10 | J | | |
| 31.   -Money Market, Fidelity Investments | A | Interest | J | T | | | | | |
| 32.   Roth IRA #1 | | | | | | | | | |
| 33.   - LSI | | None | J | T | | | | | |
| 34.   Roth IRA #2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Farm #2, Murray County, Georgia, limited interest | | None | L | W | | | | | |
| 36. Trust #1 | | | | | | | | | |
| 37. -First National Bank (CDs) | D | Interest | N | T | | | | | |
| 38. -Suntrust Bank (money market and checking) | A | Interest | J | T | | | | | |
| 39. -House, Fulton County, Georgia | | None | O | W | | | | | |
| 40. -Employee's Retirement of Georgia | | None | | | | | | | See Note |
| 41. -Farm #2, Murray County, Georgia partial ownership | C | Rent | K | W | | | | | |
| 42. -Timberland, Murray County, Georgia | | None | K | W | | | | | |
| 43. -Social Security | | None | | | | | | | See Note |
| 44. -Cohutta Checking Acct | A | Interest | J | T | | | | | |
| 45. Rollover IRA | | | | | | | | | |
| 46. -Premier MMKT Fds 11 | A | Interest | J | T | | | | | |
| 47. -TR Price Growth Stk PRGFX | A | Dividend | J | T | | | | | |
| 48. -Am. Beacon Lrg Cup AADEX | B | Dividend | K | T | | | | | |
| 49. -Brandywine Blue FD BLUEX | A | Dividend | J | T | | | | | |
| 50. -Artisan FDs, Small Cap ARTVX | A | Dividend | J | T | | | | | |
| 51. -Alliance Bernstein Intl Value ABIYX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Metro West FDs Bond Fund MWLIX | A | Dividend | J | T | Sold (part) | 7/15 | J | | |
| 53.  -Loom's Sayles St. Income High Yield Bond NEFZX | A | Dividend | J | T | | | | | |
| 54.  -Mainstay Funds High Yield Bond MHYIX | A | Dividend | J | T | | | | | |
| 55.  -Vanguard Fixed Income SEC Fd GNMA V FIIX | A | Dividend | J | T | | | | | |
| 56.  -Baron Asset FD Growth BGRFX | A | Dividend | J | T | | | | | |
| 57.  -Dodge & Cox Inc. FD DODIX | B | Dividend | K | T | Sold (part) | 5/02 | J | | |
| 58.  -Oppenheimer DVLP MKTS ODUYX | A | Dividend | J | T | Buy | 6/04 | J | | |
| 59.  - Artisan FDs, Mid Cap ARTQX | A | Dividend | J | T | Buy | 7/16 | J | | |
| 60.  -Allizanz FDs, Mid Cap PMGIX | | None | J | T | Buy | 7/16 | J | | |
| 61.  Wachovia Savings Account | A | Interest | J | T | | | | | |
| 62.  First National Bank, Accounts Checking and Money Market | A | Interest | K | T | | | | | |
| 63.  Com Trust Fed. C. U (formerly Murray County Fed. C.U.) | A | Interest | J | T | | | | | |
| 64.  Cohutta Bank Checking and MMKT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A. | 05/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions: Further clarification to Answer 2 "Operator".
This is a one-man operation on estate #1 property. I have had cattle. During this reporting period, I kept horses and cut hay on shares with a third party.

Part VII. INVESTMENTS AND TRUSTS

Lines 8 and 13 : GBTB merged with STI May 15, 2008. Small amounts received in lieu of stock.
Lines 9 and 10: During October 2007, all but $540 of this account was transferred to a Discover Bank insured cash account by LPL Financial. This change was not reported on the 2007 report. This has been an insured cash account which LPL Financial moves around for better rates without my specific approval. I am taking steps to eliminate this problem on future reports.
Line 14: This is an insured cash account which LPL Financial uses for cash in this IRA.
Lines 40 and 43 : This is fixed retirement income. I have control by power of attorney. No value past the death of the beneficiary. (Per instruction VII, Para. C. Income, page 45.)

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544